**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 24, 2014
Docket #: 14-2820cv
Short Title: Soley v. Wasserman

DC Docket #: 08-cv-9262
DC Court: SDNY (NEW YORK CITY)
DC Judge: Wood
DC Judge: Maas

## NOTICE OF DEFECTIVE FILING

On November 20, 2014 the Brief & Special Appendix and Joint Appendix volumes 1-4 were submitted in the above referenced case. The documents do not comply with the FRAP or the Court's Local Rules for the following reason(s):

__XX____ **Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)* - NOTE: Attorney Leslie S. Wybiral must file an acknowledgment form using his/her ECF account.**
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
　　_____ Missing proof of service
　　_____ Served to an incorrect address
　　_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
　　for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
__XX____ **Defective cover *(FRAP 32)* - NOTE: Docket number 14-2952 should have "(XAP)" next to it instead of "(CON)" (this is a cross appeal). Please send new covers in for all documents and re-file electronically using same filing events (DO NOT use "Corrected").**
　　_____ Incorrect caption *(FRAP 32)*
　　_____ Wrong color cover *(FRAP 32)*
　　_____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
__XX____ **Other: Missing one hard copy of Volume 4 of the Joint Appendix. Please send one additional copy in.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **November 26, 2014.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8623.